IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
(SAVANNAH DIVISION)

DEKISHA J. HAMILTON,

Plaintiff,

v.  Case No. 4:10-cv-285

SAVANNAH CHATHAM
METROPOLITAN POLICE
DEPARTMENT,

Defendant.

## ORDER

After a careful *de novo* review of the record in this case, the Court concurs with the Magistrate Judge's Report and Recommendation, to which objections have been filed.

The Court observes, after a reading of the record, that the claimant used sick leave in excess of the generous amount provided, and that she was reviewed as being tardy in coming to work and for other work rule violations. Many football coaches observe that the best defense in a good offense, and so may it be in this

instance. The isolated bantering of a supervisor brought down a torrent of alleged wounded feelings, humiliation, and discrimination that large sums of money were needed to make full recompense, but the claimant's pass (and claim) is ruled "out of bounds." Time to punt.

Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

**SO ORDERED** this 3rd day of February, 2011.

_____
B. Avant Edenfield
Judge, United States District Court
Southern District of Georgia